AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

**FILED**
**September 21, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

United States of America
v.
MOISES ANWAR ARELLANO ALBA
a.k.a.
ANWAR ALBA

*Defendant(s)*

Case No. 3:23-MJ-853-BT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of JANUARY 18, 2023 in the county of DALLAS in the NORTHERN District of TEXAS, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1542 | KNOWINGLY AND WILLFULLY MAKING A FALSE STATEMENT IN A PASSPORT APPLICATION WITH INTENT TO SECURE PASSPORT FOR HIS OWN USE, TO WIT: CLAIMING THAT HE IS A UNITED STATES CITIZEN, A STATEMENT THE DEFENDANT KNEW TO BE FALSE |

This criminal complaint is based on these facts:

SEE THE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

T. Hu

*Complainant's signature*

TOM HUSZCZA, SPECIAL AGENT, DSS

*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date: September 21, 2023

*Judge's signature*

City and state: Dallas, Texas

REBECCA RUTHERFORD, U.S. Magistrate Judge

*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Tom Huszcza, being duly sworn, depose and state:

2. I have been employed by the U.S. Department of State, Diplomatic Security Service as a Special Agent for approximately fifteen years. I am assigned to the Dallas Resident Office in Dallas, Texas, and have been since August of 2018. During my time as a Special Agent, I have participated in investigations of passport fraud, money laundering, conspiracy, theft, wire fraud, identity theft and fraudulent document investigations. Through my training, education and experience, I have become familiar with the methods individuals impersonate and assume other identities and/or personas; forge, alter, and misrepresent documents to falsely present themselves; and conceal fruits of their crimes. I have attended and successfully completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center, and the Basic Special Agent Course, at the Diplomatic Security Training Center.

3. This affidavit is filed in support of an arrest warrant and criminal complaint charging **Moises Anwar ARELLANO ALBA** with willfully and knowingly making a false statement in a passport application, in violation of 18 U.S.C. § 1542.[1]

---

[1] In relevant part 18 U.S.C. § 1542 provides,

> Whoever willfully and knowingly makes any false statement in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws;
>
> . . .
>
> Shall be fined under this title, imprisoned not more than . . . 10 years (in the case of the first or second such offense, if the offense was not committed to facilitate such an act of international terrorism or a drug trafficking crime), . . ., or both.

4. I have personally been involved in the investigation of this matter. This affidavit is based on information obtained from law enforcement and government personnel; witness statements; my personal knowledge and observations; and my examination of various reports, documents, records, and computer databases. Unless otherwise indicated, when the contents of a document or an individual's statement are reported herein, they are reported in substance and part and are not intended to be a verbatim recitation of the document or statement. Because this affidavit is being submitted for the limited purpose of establishing probable cause to support the issuance of an arrest warrant, it does not include all of the facts known to me or other government personnel.

5. According to United States Department of State ("DOS") passport regulations (contained in 22 CFR Part 51), a passport applicant is required to submit a passport application and to truthfully answer all questions pertaining to their eligibility for a U.S. passport. All information and supporting documentation submitted in connection with a U.S. passport application is considered part of the application.

6. According to DOS records, on January 18th, 2023, **Moises Anwar ARELLANO ALBA** with a date of birth December 4, 1990, purporting to be "Anwar ALBA" with a date of birth "March 18, 1991" submitted a DS-11 application for a U.S. passport (version 12-2020) at the U.S. post office located at 400 N Coit Rd, Richardson, TX. This post office is in the Northern District of Texas. In support of the U.S. passport application, **ARELLANO ALBA** provided a State of Texas, City of Dallas abstract birth certificate showing his place of birth as Cameron County, Texas and date of birth of March

18th, 1991. **ARELLANO ALBA** left block 9a and 9b (List all other names you have used) blank. **ARELLANO ALBAs** signature appears below a declaration that states,

> I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not performed any acts listed under "Acts or Conditions on page 4 of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached with this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page 4 of the instructions to the application form.

7. This U.S. passport application was referred to the Dallas Passport Agency fraud prevention unit (DPA FPU) for follow up due to inadequate documentation provided by the applicant and a previous "Q hold – Questionable claim to U.S. citizenship".

8. In collaboration with U.S. Consulate General Guadalajara, U.S. Consulate General Matamoros and DPA FPU located and obtained a certified Mexican birth record for the applicant and two U.S. visa applications from 2015 and 2019. Through a combination of parental information, photographs, and biometrics these documents corroborate that "Anwar ALBA" with a date of birth March 18, 1991, is **Moises Anwar ARELLANO ALBA**, date of birth December 4, 1990, born in Ciudad Victora, Tamaulipas, Mexico.

9. I am including the following table for reference:

| | | |
|---|---|---|
| <br>Anwar ALBA<br>DOB March 18, 1991<br>POB Cameron County, TX<br>2023 U.S. passport<br>application 552582024 | <br>Moises Anwar<br>ARELLANO ALBA<br>DOB Dec 4, 1990<br>POB Tamaulipas<br>Ciudad Victora, MX<br>US B1/B2 tourist visa<br>2015 289 988 0024 | <br>Moises Anwar<br>ARELLANO ALBA<br>DOB Dec 4, 1990<br>POB Tamaulipas<br>Ciudad Victora, MX<br>US B1/B2 tourist visa<br>2019 240 924 0015 |

10. On September 20th, 2023 **ARELLANO ALBA** came into the Dallas Passport Agency located at 1100 Commerce St, Dallas, TX (Northern District of Texas) advising that he had urgent travel and needed to obtain his U.S. passport. At this time, I interviewed **ARELLANO ALBA** regarding his U.S. passport application and obtained his fingerprints. When I presented **ARELLANO ALBA** with the certified Mexican birth record and U.S. visa applications from 2015 and 2019, **ARELLANO ALBA** told me that his true name is **Moises Anwar ARELLANO ALBA** and he was born in Tamaulipas, Mexico on December 4th, 1990. **ARELLANO ALBA** also told me he knew he was not born in Cameron County, TX on March 18th, 1991**. ARELLANO ALBA** provided a written sworn statement stating he was born in Mexico. **ARELLANO ALBA's** fingerprints matched the fingerprints provided in both the 2015 and 2019 U.S. visa applications, in which **ARELLANO ALBA** listed his date and place of birth as "Tamaulipas, Ciudad Victoria, December 4th, 1990".

11. Based on the foregoing information I have and submit there is probable cause to believe that on or about January 18th, 2023, **Moises Anwar ARELLANO ALBA** willfully and knowingly made a false statement in an application for a United States Passport, in violation of 18 U.S.C. § 1542.

T.Ch
______________________________
Tom Huszcza, Special Agent
U.S. Department of State
Diplomatic Security Service

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Dated this 21st day of September 2023.

______________________________
REBECCA RUTHERFORD
United States Magistrate Judge