SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
September 21, 2023
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

MOISES ANWAR ARELLANO ALBA

A.K.A.

ANWAR ALBA

NO. 3:23-MJ- 853-BT

**MOTION FOR DETENTION AND MOTION TO CONTINUE DETENTION HEARING**

The United States moves for pre-trial detention of defendant, **Moises Anwar Arellano Alba**, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

_____ Crime of violence (18 U.S.C. §3156);

_____ Maximum sentence life imprisonment or death

_____ 10 + year drug offense

____ Felony, with two prior convictions in above categories

__X__ Serious risk defendant will flee

_____ Serious risk obstruction of justice

_____ Felony involving a minor victim

_____ Felony involving a firearm, destructive device, or any other dangerous weapon

_____ Felony involving a failure to register (18 U.S.C. § 2250)

2. Reason for Detention. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

__X__ Defendant's appearance as required

__X__ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against defendant because (check one or both):

_____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense,

_____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

_____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4. Time For Detention Hearing. The United States requests the Court conduct the detention hearing,

______ At first appearance

_X____ After continuance of _3___ days (not more than 3).

DATED this 21st day of September, 2023.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

JONGWOO CHUNG
Assistant United States Attorney
NC Bar No. 52070
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Fax: 214-659-8806
Email: jongwoo.chung@usdoj.gov